FILED: December 21, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-2256 (L)
(1:18-cv-02844-RDB)

_____

CCWB ASSET INVESTMENTS, LLC; EBC ASSET INVESTMENT, LLC; M.C. DEAN, INC.

   Claimants - Appellants

JEFFREY J. CONNAUGHTON; IWONA HOWLEY; RICHY CASTRO; TONY DAVIS; ROCHELLE KATZ; BARBARA LOUDERBACK; SCOTT D. OSER; OJAS PATEL; PULIN PATEL; DHAVAL SHUKLA; NISHANT SHUKLA

   Claimants

and

SECURITIES AND EXCHANGE COMMISSION

   Plaintiff

UNITED STATES OF AMERICA

   Intervenor/Plaintiff

MASSACHUSETTS ATTORNEY GENERAL

   Intervenor

v.

GREGORY S. MILLIGAN

   Receiver - Appellee

RANDEL LEWIS

    Receiver

and

KEVIN B. MERRILL; JAY B. LEDFORD; CAMERON R. JEZIERSKI; GLOBAL CREDIT RECOVERY, LLC; DELMARVA CAPITAL, LLC; RHINO CAPITAL HOLDINGS, LLC; RHINO CAPITAL GROUP, LLC; DEVILLE ASSET MANAGEMENT LTD; RIVERWALK FINANCIAL CORPORATION; AMANDA MERRILL; LALAINE LEDFORD; MAUREEN STEPHENS; ERICKA JOHNSON

    Defendants

------

No. 22-2296
(1:18-cv-02844-RDB)

------

JEFFREY J. CONNAUGHTON; TONY DAVIS; ROCHELLE KATZ; BARBARA LOUDERBACK; SCOTT D. OSER; OJAS PATEL; PULIN PATEL; DHAVAL SHUKLA; NISHANT SHUKLA

    Claimants - Appellants

CCWB ASSET INVESTMENTS, LLC; EBC ASSET INVESTMENT, LLC; M.C. DEAN, INC.; IWONA HOWLEY; RICHY CASTRO

    Claimants

and

SECURITIES & EXCHANGE COMMISSION

    Plaintiff

UNITED STATES OF AMERICA

    Intervenor/Plaintiff

MASSACHUSETTS ATTORNEY GENERAL

        Intervenor

v.

GREGORY S. MILLIGAN

        Receiver - Appellee

RANDEL LEWIS

        Receiver

and

KEVIN B. MERRILL; JAY B. LEDFORD; CAMERON R. JEZIERSKI; GLOBAL CREDIT RECOVERY, LLC; DELMARVA CAPITAL, LLC; RHINO CAPITAL HOLDINGS, LLC; RHINO CAPITAL GROUP, LLC; DEVILLE ASSET MANAGEMENT LTD; RIVERWALK FINANCIAL CORPORATION; AMANDA MERRILL; LALAINE LEDFORD; MAUREEN STEPHENS; ERICKA JOHNSON

        Defendants

_____

O R D E R

_____

The court consolidates Case No. 22-2256 and Case No. 22-2296. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

        For the Court--By Direction

        <u>/s/ Patricia S. Connor, Clerk</u>