UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 22-2256 (L), 22-2296 (CON)

———————

GREGORY S. MILLIGAN,

*Receiver-Appellee,*

SECURITIES AND EXCHANGE COMMISSION,

*Plaintiff,*

MASSACHUSETTS' ATTORNEY GENERAL,

*Intervenor,*

–v.–

CCWB ASSET INVESTMENTS, LLC; EBC ASSET INVESTMENT, LLC; M.C. DEAN, INC., JEFFREY J. CONNAUGHTON, TONY DAVIS, ROCHELLE KATZ, BARBARA LOUDERBACK, SCOTT D. OSER, OJAS PATEL, PULIN PATEL, DHAVAL SHUKLA, NISHANT SHUKLA,

*Claimants-Appellants,*

KEVIN B. MERRILL, JAY B. LEDFORD, CAMERON R. JEZIERSKI, GLOBAL CREDIT RECOVERY, LLC, DELMARVA CAPITAL, LLC, RHINO CAPITAL HOLDINGS, LLC, RHINO CAPITAL GROUP, LLC, DEVILLE ASSET MANAGEMENT LTD, RIVERWALK FINANCIAL CORPORATION, AMANDA MERRILL, LALAINE LEDFORD, MAUREEN STEPHENS, ERICKA JOHNSON,

*Defendants.*

———————

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

———————

**STIPULATION OF DISMISSAL OF APPEAL BY APPELLANT EBC ASSET INVESTMENT, LLC**

Pursuant to Fed. R. App. P. 42(b)(1) and Loc. R. 42, counsel for Claimant-Appellant EBC Asset Investment, LLC and counsel for Gregory S. Milligan, Receiver-Appellee, stipulate to the voluntary dismissal of the appeal by EBC Asset Investment, LLC, with each party bearing their own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| /s/ Danny Solomon | /s/ Robert F. Muse |
| Danny Solomon | Robert F. Muse |
| **Husch Blackwell** | Rachel Clattenburg |
| 1801 Pennsylvania Avenue, N.W. | Ronald Kovner |
| Suite 1000 | **LEVY FIRESTONE MUSE LLP** |
| Washington, DC 20006 | 900 17th Street, N.W., Suite 1200 |
| Tel: (202) 378-2391 | Washington, DC 20006 |
| Fax: (202) 378-2319 | Tel: (202) 845-3215 |
| danny.solomon@huschblackwell.com | Fax: (202) 595-8253 |
| | rmuse@levyfirestone.com |
| | rmc@levyfirestone.com |
| *Counsel for Gregory S. Milligan* | rk@levyfirestone.com |
| *Receiver-Appellee* | |
| | *Counsel for EBC Asset Investments, LLC,* |
| | *CCWB Asset Investment, LLC, and* |
| | *M.C. Dean, Inc., Claimants-Appellants* |

## CERTIFICATE OF SERVICE

I certify that on March 2, 2023, I filed the foregoing with the Court's CM/ECF filing system, which serves a copy on all counsel of record.

/s/ Robert F. Muse<br>
Robert F. Muse