FILED: March 2, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-2256 (L)
(1:18-cv-02844-RDB)

_____

CCWB ASSET INVESTMENTS, LLC; M.C. DEAN, INC.
Mar
        Claimants - Appellants

EBC ASSET INVESTMENT, LLC ; JEFFREY J. CONNAUGHTON; IWONA HOWLEY; RICHY CASTRO; TONY DAVIS; ROCHELLE KATZ; BARBARA LOUDERBACK; SCOTT D. OSER; OJAS PATEL; PULIN PATEL; DHAVAL SHUKLA; NISHANT SHUKLA

        Claimants

and

SECURITIES AND EXCHANGE COMMISSION

        Plaintiff

UNITED STATES OF AMERICA

        Intervenor/Plaintiff

MASSACHUSETTS ATTORNEY GENERAL

        Intervenor

v.

GREGORY S. MILLIGAN

       Receiver - Appellee

RANDEL LEWIS

       Receiver

and

KEVIN B. MERRILL; JAY B. LEDFORD; CAMERON R. JEZIERSKI; GLOBAL CREDIT RECOVERY, LLC; DELMARVA CAPITAL, LLC; RHINO CAPITAL HOLDINGS, LLC; RHINO CAPITAL GROUP, LLC; DEVILLE ASSET MANAGEMENT LTD; RIVERWALK FINANCIAL CORPORATION; AMANDA MERRILL; LALAINE LEDFORD; MAUREEN STEPHENS; ERICKA JOHNSON

       Defendants

------------------------------

No. 22-2296
(1:18-cv-02844-RDB)

------------------------------

JEFFREY J. CONNAUGHTON; TONY DAVIS; ROCHELLE KATZ; BARBARA LOUDERBACK; SCOTT D. OSER; OJAS PATEL; PULIN PATEL; DHAVAL SHUKLA; NISHANT SHUKLA

       Claimants - Appellants

CCWB ASSET INVESTMENTS, LLC; EBC ASSET INVESTMENT, LLC; M.C. DEAN, INC.; IWONA HOWLEY; RICHY CASTRO

       Claimants

 and

SECURITIES & EXCHANGE COMMISSION

       Plaintiff

UNITED STATES OF AMERICA

       Intervenor/Plaintiff

MASSACHUSETTS ATTORNEY GENERAL

       Intervenor

v.

GREGORY S. MILLIGAN

       Receiver - Appellee

RANDEL LEWIS

       Receiver

and

KEVIN B. MERRILL; JAY B. LEDFORD; CAMERON R. JEZIERSKI; GLOBAL CREDIT RECOVERY, LLC; DELMARVA CAPITAL, LLC; RHINO CAPITAL HOLDINGS, LLC; RHINO CAPITAL GROUP, LLC; DEVILLE ASSET MANAGEMENT LTD; RIVERWALK FINANCIAL CORPORATION; AMANDA MERRILL; LALAINE LEDFORD; MAUREEN STEPHENS; ERICKA JOHNSON

       Defendants

---

O R D E R

---

Upon consideration of submissions relative to the motion to dismiss EBC Asset Investment, LLC as a party to this proceeding, the court grants the motion.

       For the Court--By Direction

       /s/ Patricia S. Connor, Clerk