# UNITED STATES COURT OF APPEALS
# FOURTH CIRCUIT

CCWB ASSET INVESTMENTS, LLC; and M.C. DEAN, INC.,

    *Claimants-Appellants,*

JEFFREY J. CONNAUGHTON; TONY DAVIS; ROCHELLE KATZ; BARBARA LOUDERBACK; SCOTT D. OSER; OJAS PATEL; PULIN PATEL; DHAVAL SHUKLA; and NISHANT SHUKLA,

    *Claimants-Appellants,*

EBC ASSET INVESTMENT, LLC; IWONA HOWLEY; and RICHY CASTRO,

    *Claimants,*

SECURITIES AND EXCHANGE COMMISSION,

    *Plaintiff,*

UNITED STATES OF AMERICA,

    *Intervenor/Plaintiff,*

MASSACHUSETTS ATTORNEY GENERAL,

    *Intervenor,*

--- v. ---

GREGORY S. MILLIGAN,

    *Receiver-Appellee,*

RANDEL LEWIS,

    *Receiver,*

– and –

KEVIN B. MERRILL; JAY B. LEDFORD; CAMERON R. JEZIERSKI; GLOBAL CREDIT RECOVERY, LLC; DELMARVA CAPITAL, LLC; RHINO CAPITAL HOLDINGS, LLC; RHINO CAPITAL GROUP, LLC; DEVILLE ASSET MANAGEMENT LTD; RIVERWALK FINANCIAL CORPORATION; AMANDA MERRILL; LALAINE LEDFORD; MAUREEN STEPHENS; ERICKA JOHNSON,

    *Defendants.*

No. 22-2256 (L),
No. 22-2296

## MOTION OF THE *CONNAUGHTON* APPELLANTS FOR LEAVE TO FILE CORRECTED SUPPLEMENTAL APPENDIX

Appellants Jeffrey J. Connaughton, Tony Davis, Barbara Louderback, Rochelle Katz, Scott D. Oser, Ojas Patel, Pulin Patel, Dhaval Shukla and Nishant Shukla ("Appellants" or the "*Connaughton* Appellants") through undersigned counsel, respectfully seek leave of Court to file a proposed "Supplemental Appendix."

### I.　Argument

The proposed Corrected Supplemental Appendix contains three documents, all part of the same district court filing – the Receiver-Appellee's reply papers filed in response to the objection filed by the *Connaughton* Appellants to the Receiver's proposed plan of distribution in the receivership in the action below.

The reason that a supplemental appendix is needed is in order to file the documents under seal with this Court.

We attach as Exhibit A hereto the table of contents to the proposed Corrected Supplemental Appendix, which identifies the documents at issue.

The proposed filing is styled as a "Corrected" Supplemental Appendix because the Court had identified a defect in the page number formatting in an earlier-submitted version. That defect has been corrected.

Since all three documents were filed under seal in the district court, we will be filing a Certificate of Confidentiality, in lieu of a motion to seal the Supplemental Appendix.

## II. Conclusion

For the foregoing reasons, the *Connaughton* Appellants respectfully pray that the Court grant their motion for leave of court to file the proposed Supplemental Appendix.

Dated: April 12, 2023                               CUNEO GILBERT & LADUCA, LLP
                                                    /s/ *Monica Miller*
                                                    JONATHAN W. CUNEO
                                                    MONICA MILLER
                                                    4725 Wisconsin Ave NW, Suite 200
                                                    Washington, D.C. 20002
                                                    Telephone: (202) 789-3960
                                                    E-mail: jonc@cuneolaw.com
                                                      monica@cuneolaw.com

                                                    *Counsel for the Connaughton Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the Clerk of the Court for the U.S. Court of Appeals for the Fourth Circuit on April 12, 2023 using the appellate CM/ECF system. Registered CM/ECF users participating in the case will be served by the appellate CM/ECF system.

                                                    /s/ *Monica Miller*
                                                    Monica Miller