# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 1, 2023

_____

DOCKET CORRECTION NOTICE

_____

No.    22-2256 (L),    <u>CCWB Asset Investments, LLC v. Gregory Milligan</u>
                       1:18-cv-02844-RDB

TO:    M.C. Dean, Incorporated
       CCWB Asset Investments, LLC

**FILING CORRECTION DUE:  June 5, 2023**

Please make the correction identified below and file a corrected document by the date indicated.

[✔] Incorrect event used. Please refile document using **BRIEF** entry, selecting *Reply* as the brief type.

Karen Stump, Deputy Clerk
804-916-2704